

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2019

Nos. 04-19-00292-CR & 04-19-00293-CR

Gerald Edwin **HODGES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR8989 & 2018CR8986
Honorable Jefferson Moore, Judge Presiding

## CONSOLIDATION ORDER

In the interest of the efficient administration of the court's docket, we **order** Appeal Nos. 04-19-00292-CR and 04-19-00293-CR consolidated.

The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal.

However, a record must be filed in each appeal, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in each appeal to which it applies. The court will dispose of both appeals in the same judgment, opinion, and mandate.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2019.



KEITH E. HOTTLE,
Clerk of Court